UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THERESA M. LARA,

    Plaintiff,

    v.

US ARMY MCGREW CREW,

    Defendant.

Case No. C26-1881-RAJ

ORDER TO SHOW CAUSE

Plaintiff Theresa M. Lara has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff reports no current income, no spousal income, no funds in cash or in checking or savings accounts, and no other money received in the last twelve months. (*Id.* at 1-2.) Plaintiff left blank the portions of the application concerning valuable property, dependents, monthly expenses, and any other information explaining why she cannot pay court fees and costs. (*Id.*)

The district court may permit indigent litigants to proceed IFP upon completion of a proper affidavit of indigence. *See* 28 U.S.C. § 1915(a). "To qualify for *in forma pauperis* status, a civil litigant must demonstrate both that the litigant is unable to pay court fees and that the claims he or she seeks to pursue are not frivolous." *Ogunsalu v. Nair*, 117 F. App'x 522, 523

ORDER TO SHOW CAUSE - 1

(9th Cir. 2004), cert. denied, 544 U.S. 1051 (2005). To meet the first prong of this test, a litigant must show that he or she "cannot because of his [or her] poverty pay or give security for the costs and still be able to provide him[ or her]self and dependents with the necessities of life." *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948) (internal alterations omitted).

Plaintiff's application omits information necessary for the Court to determine her ability to pay court fees and costs. Specifically, Plaintiff does not disclose whether she owns any valuable property, whether she has any dependents, or the types of monthly expenses she incurs, nor does she provide any explanation as to why she cannot pay court fees and costs. (Dkt. # 1 at 1-2.) Under these circumstances, Plaintiff should not be authorized to proceed IFP.

Accordingly, Plaintiff is ORDERED to show cause by **July 14, 2026**, why this Court should not recommend her IFP application be denied. Alternatively, Plaintiff may submit an amended IFP application by that date, fully completing each portion of the form. The Clerk is directed to re-note Plaintiff's IFP application (dkt. # 1) for July 14, 2026, and to send copies of this order to Plaintiff and to the Honorable Richard A. Jones.

Dated this 23rd day of June, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2